FILED
Jun 02 2021
2:12 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY       s/ franciscoh       DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JALANI DEJUN LOVE,<br><br>            Defendant. | Case No. '21 CR1666 DMS<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Aliens Without Presentation |

The grand jury charges:

Counts 1 & 2

On or about April 14, 2021, within the Southern District of California, defendant JALANI DEJUN LOVE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens listed below, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain:

//
//

SSAK:nlv:San Diego:6/1/21

| Count | Name |
|---|---|
| 1 | Evelin Rodriguez-Gijon |
| 2 | L.M.L., a juvenile |

all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Counts 3 & 4

On or about April 14, 2021, within the Southern District of California, defendant JALANI DEJUN LOVE, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that the aliens listed below, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry:

| Count | Name |
|---|---|
| 3 | Evelin Rodriguez-Gijon |
| 4 | L.M.L., a juvenile |

all in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

DATED: June 2, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: _____
SARAH AKHTAR
Assistant U.S. Attorney

2